# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

SHEILA KANATZAR                                                      PLAINTIFF

v.                        NO. 4:11CV00232 JLH

CMH HOMES, INC., d/b/a CLAYTON
HOMES; and SOUTHERN ENERGY HOMES, INC.             DEFENDANTS

## ORDER

On May 14, 2011, CMH Homes, Inc., filed a motion to dismiss or in the alternative to stay this action and to compel arbitration. Sheila Kanatzar has not responded to the motion. Her lawyer has spoken with a member of the Court's staff and stated that he agrees that the case must be arbitrated. Therefore, the motion to dismiss and to compel arbitration is GRANTED. Document #3. This action is hereby dismissed without prejudice so that the parties can resolve their dispute through arbitration pursuant to the terms of the contract at issue.

IT IS SO ORDERED this 4th day of April, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE