IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHEILA KANATZAR                                                                                                         PLAINTIFF

v.                                              NO. 4:11CV00232 JLH

CMH HOMES, INC., d/b/a CLAYTON
HOMES; and SOUTHERN ENERGY HOMES, INC.                                         DEFENDANTS

## JUDGMENT

Pursuant to the order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 4th day of April, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE